FILED
2026 Sep-01 PM 01:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WALTER D. MCGOWAN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cv-1167-ACA-GMB** |
| | ) | |
| **WARDEN ADRIENNE GIVENS, et al.,** | ) | |
| | ) | |
| | ) | |
| **Respondents.** | ) | |

## MEMORANDUM OPINION

In June 2026, the magistrate judge entered a report in which he recommended that the court dismiss Petitioner Walter D. McGowan's petition for writ of habeas corpus with prejudice and that the court deny Mr. McGowan's motion for evidentiary hearing. (Doc. 8). The magistrate judge advised Mr. McGowan of his right to file objections to the report and recommendation. (*Id.* at 16–17). The deadline passed, and the court received no objections.

Mr. McGowan's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court **WILL DISMISS** Mr. McGowan's petition for writ of habeas corpus with prejudice (doc. 1) and **WILL DENY** his motion for evidentiary hearing (doc. 7).

This court may issue a certificate of appealability "only if the applicant has a made a substantial showing of the denial of a constitutional right." 28 U.S.C. 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). The Court finds that Mr. McGowan's claims do not satisfy either standard.

**DONE** and **ORDERED** this September 1, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE